WDS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

HANSON CHUKWUDI NWOKEDI,

        Defendant.

- - - - - - - - - - - - - - - - - -X

SUPPLEMENTAL
AFFIDAVIT

(21 U.S.C. §§ 952(a)
and 960)

11-MJ-706

EASTERN DISTRICT OF NEW YORK, SS:

    REBECCA GOLDSTEIN, being duly sworn, deposes and states that she is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on July 11, 2011.

    Commencing on or about July 11, 2011, the defendant HANSON CHUKWUDI NWOKEDI passed a total of 80 pellets with a total gross weight of approximately 1,860.3 grams of heroin.

WHEREFORE, your deponent respectfully requests that the defendant HANSON CHUKWUDI NWOKEDI be dealt with according to law.

*REBECCA GOLDSTEIN*
Special Agent
Homeland Security Investigations

Sworn to before me this
16th day of July, 2011

THE HONORABLE ARLENE LINDSAY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK